429 A.2d 79

Commonwealth v. Rhone, Appellant.

Submitted March 6, 1980. Douglas W. Herman, Assistant Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS, and MONTGOMERY, JJ.

Judgment of sentence affirmed.

429 A.2d 79

Commonwealth v. Spruce, Appellant.

Submitted April 16, 1980. Paulette J. Balogh, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.